**Francis GRANDINETTI, Plaintiff—Appellant,**

v.

**FTC SEG. UNIT STAFF; et al., Defendants—Appellees.**

No. 07–16339.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 12, 2011.

Francis Grandinetti, pro se.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Francis Grandinetti, an Arizona state prisoner, appeals pro se from the district court's judgment dismissing, under the "three strikes" provision of 28 U.S.C. § 1915(g), his 42 U.S.C. § 1983 action alleging constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(g). *Andrews v. King*, 398 F.3d 1113, 1118 (9th Cir.2005). We affirm.

Grandinetti has waived any issue on appeal by failing to make any arguments in his opening brief. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir.2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief.").

Grandinetti's requests set forth in letters submitted March 13, 2009 and June 12, 2009 are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

